# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN M. SANCHEZ, | No. 1:18-cv-00966-SKO (PC) |
| Plaintiff, | |
| v. | **ORDER ON PLAINTIFF'S MOTION TO AMEND** |
| BITER, et al., | (Doc. 6) |
| Defendants. | |

Plaintiff, John M. Sanchez, is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. On July 30, 2018, Plaintiff filed a motion indicating that the defendants' names are incorrect and asking how he should remedy that error. Plaintiff's motion is construed as seeking leave to file an amended complaint.

Plaintiff may amend once as a matter of right before service of a responsive pleading by defendants. Fed. R. Civ. P. 15(a). Because Plaintiff has not previously amended his complaint and a responsive pleading has not been filed, he may file an amended complaint without permission from the Court. Plaintiff is informed that he must file a new pleading as an amended complaint supercedes the original complaint, *Lacey v. Maricopa County*, Nos. 09-15806, 09-15703, 2012 WL 3711591, at *1 n.1 (9th Cir. Aug. 29, 2012) (en banc), and the amended complaint must be "complete in itself without reference to the prior or superceded pleading," Local Rule 220.

1

Accordingly, Plaintiff's motion is HEREBY disregarded as unnecessary and the Clerk's Office is directed to send Plaintiff a civil rights complaint form; and Plaintiff's request for the Court to send him a copy of the Federal Rules of Civil Procedure and this Court's Local Rules is DENIED.[1]

IT IS SO ORDERED.

Dated: **August 6, 2018** /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE

---

[1] Both of the sets of rules Plaintiff requests are full books which should be available to Plaintiff via the law library at his facility.