UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN M. SANCHEZ,<br><br>            Plaintiff,<br><br>    v.<br><br>BITER, et al.,<br><br>            Defendants. | 1:18-cv-00966-DAD-SKO (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO EXTEND TIME TO FILE OBJECTIONS TO FINDINGS AND RECOMMENDATIONS<br><br>(Doc. #17)<br><br>TWENTY-ONE DAY DEADLINE |

     Plaintiff is a prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. On July 8, 2019, plaintiff filed a motion to extend time to file objections to the March 11, 2019 findings and recommendations. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that Plaintiff is granted twenty-one (21) days from the date of service of this order in which to file objections to the March 11, 2019 findings and recommendations.

IT IS SO ORDERED.

Dated:   **July 11, 2019**            /s/ *Sheila K. Oberto*
                                                     UNITED STATES MAGISTRATE JUDGE